

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-85,356-01

**EX PARTE STEVEN WAYNE ISBEL, Applicant**

## ON APPLICATIONS FOR A WRIT OF HABEAS CORPUS
## CAUSE NO. 1322305-A IN THE 184th DISTRICT COURT
## FROM HARRIS COUNTY

*Per curiam.*

### O R D E R

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for a writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of fraudulent possession of identifying information and sentenced to forty years' imprisonment. The Fourteenth Court of Appeals affirmed the conviction. *Isbel v. State*, No. 14-13-00450-CR (Tex. App.—Houston [14th Dist.] May 15, 2014) (not designated for publication).

On August 24, 2016, we dismissed this application for non-compliance with TEX. R. APP. P. 73.1. We now withdraw that disposition on our own motion and deny relief based upon our own

independent review of the habeas record.

Filed: April 26, 2017

Do not publish